FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH  2006 OCT 23  P 3: 17

CENTRAL DIVISION

DISTRICT OF UTAH

BY:
DEPUTY CLERK

| | |
|---|---|
| JANET JAMISON,<br><br>              Plaintiff,<br><br>vs.<br><br>UTAH ANTI-DISCRIMINATION AND<br>LABOR DIVISION, et al.,<br><br>              Defendants. | ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br><br><br><br>Case No. 2:06 CV 763 TC |

On October 3, 2006, United States Magistrate Judge Brooke C. Wells issued a Report and Recommendation in this case, recommending that the Plaintiff's case be DISMISSED as frivolous and lacking in merit. See 28 U.S.C. §1915.  The parties were given ten days to file any objections to the Report and Recommendation.  No objections have been filed.  The court has considered the magistrate's recommendation and made a *de novo* review of the record before the court.  The court finds that the magistrate's findings and conclusions are correct in all respects, and hereby adopts the magistrate's Report and Recommendation as the order of the court. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.

DATED this 23rd day of October, 2006.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge